UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEVESQUE,<br><br>            Plaintiff,<br><br>      v.<br><br>RINCHEM COMPANY, INC.,<br><br>            Defendant. | Case No. 14-cv-05655-PSG<br><br>**JUDGMENT** |

The court has granted Defendant Rinchem Company's motion to dismiss.[1]  In so doing, the court granted Plaintiff Paul Levesque leave to amend his complaint by November 3, 2015.[2]  Because the time for amendment has passed and Levesque has not filed any amended pleading, the court enters judgment in favor of Rinchem.[3]  The Clerk shall close the file.

**SO ORDERED.**

Dated: December 4, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 33.

[2] *See id.* at 9.

[3] *See* Fed. R. Civ. P. 58(b)(1)(C) ("[U]nless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign and enter the judgment when . . . the court denies all relief."); Fed. R. Civ. P. 58(d) ("A party may request that judgment be set out in a separate document as required by Rule 58(a)."); *cf. Adams v. Wells Fargo Bank, N.A.*, Case No. 13-cv-5164, 2015 WL 1434599, at *6 (N.D. Cal. Mar. 30, 2015); *Jones v. Masteranglo*, Case No. 06-cv-0490, 2007 WL 2212083, at *6 (N.D. Cal. July 30, 2007).